IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:20-CR-00032-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| ERIC OLIVER THOMPSON, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Return of Property (Doc. No. 46). Defendant's Motion does not cite what specific property he seeks and the Government has represented to the Court that none of the Defendant's property is in the custody of the United States. Accordingly, the Court **DENIES** the Motion as moot.

SO ORDERED.

Signed: September 21, 2022

Kenneth D. Bell
United States District Judge